N.D.N.Y.
20-cv-1281
Nardacci, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-five.

Present:

José A. Cabranes,
Steven J. Menashi,
    *Circuit Judges*,
Lewis J. Liman,
    *Judge*.*

_____

Akima Global Services, LLC, also known as AGS,

        *Petitioner*,

    v.                                                          25-901

Dalila Yeend et al.,

        *Respondents*.

_____

Pursuant to Federal Rule of Civil Procedure 23(f), Petitioner requests leave to appeal the order of the district court granting class certification. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

Judge Liman would deny the petition.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court



_____

* Judge Lewis J. Liman of the United States District Court for the Southern District of New York, sitting by designation.